Elizabeth MacLean, Appellee, v. H. Nielson and F. C. Pilgrim, Trading as Pilgrim and Company, Appellants.

Gen. No. 45,563.

Michael J. Thuma, for appellants; Irving N. Stenn, Samuel E. Bublick, and David H. Kraft, for appellee; David H. Kraft, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 9, 1952; released for publication April 25, 1952.

The First National Bank of Wood River, Plaintiff-Appellant, v. Frank Z. Carstens, and Virginia Carstens (Schrimpf), Defendants-Appellees.

Term No. 51-O-19.